Crosby S. Connolly (SBN: 286650)
crosby@westcoastlitigation.com
Joshua B. Swigart (SBN: 225557)
josh@westcoastlitigation.com
**Hyde & Swigart**
2221 Camino Del Rio South, Suite 101
San Diego, CA 92108-3551
Telephone: (619) 233-7770
Facsimile: (619) 297-1022

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| MARIA KEEHN, | Case No.: 3:13-cv-03289-MMC |
|---|---|
| Plaintiff, | **PLAINTIFF'S COUNSEL'S REQUESTS TO APPEAR TELEPHONICALLY AT THE CASE MANAGEMENT CONFERENCE ; ORDER** |
| v. | |
| MIDLAND FUNDING LLC | |
| Defendant. | DATE: November 8, 2013<br>TIME: 10:30 AM<br>COURTROOM: 7<br><br>HON.: Maxine M. Chesney |

Plaintiff's counsel requests to appear telephonically at the Case Management Conference currently set for November 8, 2013 at 10:30 AM in courtroom 7 in front of the Honorable Maxine M. Chesne. Plaintiff's counsel is located in San Diego, and would incur significant expenses associated with travel costs to and from San Diego to San Francisco.

Dated: October 21, 2013           **Hyde & Swigart**

By: <u>s/Crosby S. Connolly</u>
     Crosby S. Connolly
     Attorneys for Plaintiff

### ORDER

Good cause appearing, plaintiff's request is hearby GRANTED, and all parties are DIRECTED to appear telephonically at the November 8, 2013 Case Management Conference.

DATE: November 1, 2013

_____
The Honorable Maxine M. Chesney
United States District Judge

*Keehn v. Midland Funding, LLC*
*United States District Court Northern District of California*
*Case No. 3:13-cv-03289-JCS*

## CERTIFICATE OF SERVICE

I, the undersigned, declare as follows:

I am over the age of eighteen years and not a party to the case. I am employed in the County of San Diego, California where the mailing occurs: My business address is 2221 Camino Del Rio South, Suite 101, San Diego, CA 92108. I am readily familiar with our business' practice of collecting, processing and mailing of correspondence and pleadings for mail with the United Postal Service.

On the date below I electronically filed with the Court through its CM/ECF program and served through the same program the following document(s):

- **Plaintiff's Counsel's Requests to Appear Telephonically at the Case Management Conference**

On the interested parties in said case addressed as follows:

Tomio B. Narita
Arvin Cero Lugay
**Simmonds & Narita LLP**
44 Montgomery Street, Suite 3010
San Francisco, CA 94104


[x]   ELECTRONICALLY, Pursuant to the CM/ECF System, registration as a CM/ECF user constitutes consent to electronic service through the Court's transmission facilities. The Court's CM/ECF system sends an email notification of the filing to the parties and counsel of record listed above who are registered with the Court's EMC/ECF system.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on October 21, 2013, at San Diego, California.

Eva Dickey

HYDE & SWIGART
San Diego, California

Certificate of Service