UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA KEEHN,<br><br>    Plaintiff,<br><br>v.<br><br>MIDLAND FUNDING, LLC,<br><br>    Defendant. | Case No: 3:13-cv-03289-MMC<br><br>[~~PROPOSED~~] ORDER GRANTING JOINT MOTION FOR DISMISSAL OF ACTION WITH PREJUDICE<br><br>HON. MAXINE M. CHESNEY |

  Based upon the Joint Motion for Dismissal, and good cause, this Court hereby orders the action to be, and is, dismissed with prejudice.

  IT IS SO ORDERED.

Dated: January 6, 2014

                _/s/ Maxine M. Chesney_____
                HON. MAXINE M. CHESNEY
                UNITED STATES DISTRICT JUDGE